# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

          Plaintiff,

      v.

PHUONG TANG,

          Defendant.

Case No. 2:19-mj-00964-EJY

**<u>ORDER</u>**

     Based on the Stipulation of counsel (ECF No. 15) and good cause appearing,

     IT IS HEREBY ORDERED that the Preliminary Hearing currently scheduled on January 14, 2020, at 4:00 p.m., be vacated and continued to February 12, 2020 at the hour of 4:00 p.m. in Courtroom 3B

     DATED this 9th day of January, 2020.

_____
UNITED STATES MAGISTRATE JUDGE