UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITES STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PHUONG TANG,<br><br>Defendant. | Case No. 2:19-mj-00964-EJY<br><br>**ORDER** |

Before the Court is Defendant's Amended Stipulation to Continue Preliminary Hearing and Defendant's Waiver of Speedy Trial. ECF No. 21. This "amended" stipulation is identical to the stipulation the Court granted on January 9, 2020. ECF No. 17. Specifically, the Court continued the Preliminary Hearing in this matter to "February 12, 2020 at the hour of 4:00 p.m. in Courtroom 3B[.]" *Id*. at 1:13.

Accordingly,

IT IS HEREBY ORDERED that Defendant's Amended Stipulation to Continue Preliminary Hearing and Defendant's Waiver of Speedy Trial (ECF No. 21) is DENIED as moot.

DATED: January 29, 2020.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1