UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PHUONG TANG,<br><br>Defendant. | Case No. 2:19-mj-00964-EJY<br><br>**AMENDED ORDER** |

On January 29, 2020, this Court entered an Order denying Defendant's Amended Stipulation to Continue Preliminary Hearing and Defendant's Waiver of Speedy Trial (ECF No. 21) as moot. Upon further review, the Court deems Defendant's Amended Stipulation appropriate, and grants the same.

Accordingly,

IT IS HEREBY ORDERED that Defendant's Amended Stipulation to Continue Preliminary Hearing and Defendant's Waiver of Speedy Trial (ECF No. 21) is GRANTED.

DATED: January 30, 2020.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1