# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PHUONG TANG,

    Defendant.

Case No. 2:19-mj-00964-EJY

**ORDER**

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on February 12, 2020, at 4:00 p.m., be vacated and continued to **March 13, 2020** at the hour of **4:00 p.m. in Courtroom 3A**.

DATED this 12th day of February, 2020.

_____
UNITED STATES MAGISTRATE JUDGE